prepaid freight in any event, ship or goods lost or not lost.

*Robert S. Erskine, John M. Woolsey* and *Harry D. Thirkield* for appellants.

*Walter C. Noyes* for respondent.

Judgment and orders affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

TROCADERO AMUSEMENT COMPANY, INCORPORATED, Appellant, *v.* CENTRAL BUILDING IMPROVEMENT AND INVESTMENT COMPANY, Respondent.

*Landlord and tenant — tenant may not recover for loss of prospective profits by reason of condemnation of leased building by public authorities as unsafe.*

*Trocadero Amusement Co., Inc.,* v. *Central Bldg. Impr. & Inv. Co.,* 194 App. Div. 892, affirmed.

(Argued June 12, 1922; decided July 12, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1920, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was brought by the plaintiff to recover loss of profits claimed to have been suffered by the plaintiff through inability to occupy certain premises leased by the plaintiff from the defendant for a period of upwards of twenty years, during a period of several months, during which the premises were under reconstruction by the defendant after they had been declared unsafe by the building department.

*Theodore B. Richter* and *Kenneth Dayton* for appellant. *Ira Skutch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.